IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARY D. SMITH MIMS, § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | No. 3:21-cv-1799-M |
| § | |
| JP MORGAN WA MU, § | |
| § | |
| Defendant. § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND <u>RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE</u>**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. What appears to be an objection, comprised of 222 pages, 214 pages of which are various documents without further explanation, was filed by Plaintiff [ECF 11]. The District Court reviewed *de novo* the Findings, Conclusions, and Recommendation. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 28th day of September, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE