IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARY D. SMITH MIMS, | § | |
| Plaintiff, | § § § | |
| V. | § | No. 3:21-cv-1799-M |
| JP MORGAN WA MU, | § § § | |
| Defendant. | § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore DENIES Plaintiff's construed motion for relief under Federal Rule of Civil Procedure 60(b) [Dkt. No. 14] and DIRECTS the Clerk of Court to REOPEN and then CLOSE this case solely for statistical purposes.

SO ORDERED this 23rd day of May, 2022.

BARBARA M. G. LYNN
CHIEF JUDGE